UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

--------------------------------------------------------

In re:

Sheri Kohlrusch,

         Debtor.

BKY 18-42245 MER

Chapter 7

--------------------------------------------------------

Sheri Kohlrusch,

         Plaintiff,

v.

Capital One Bank (USA), N.A. and Gurstel
Law Firm, P.C., a Minnesota professional
corporation,

         Defendants.

ADV. NO.:

--------------------------------------------------------

## COMPLAINT

    Sheri Kohlrusch, Plaintiff-Debtor ("Debtor"), comes now by and through her attorney, Michael Sheridan, and for her complaint against Capital One Bank (USA), N.A. ("Defendant") and Gurstel Law Firm, P.C. alleges:

### I. PRELIMINARY STATEMENT

1. Debtor seeks to avoid and recover from the Defendants, or from any person or entity for whose benefit the transfers were made, all preferential transfers of property made for or on account of an antecedent debt made to or for the benefit of the Defendant by the Debtor during the 90 day period prior to the filing of the Debtor's bankruptcy petition. 11 U.S.C. §§ 547, 550 and 522.

### II. PARTIES

2. Plaintiff is an individual, and Debtor in the within-captioned bankruptcy case, having filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on July 11, 2018.

3. Defendant, Capital One Bank (USA), N.A., is a National Association operating as a subsidiary of Capital One Financial Corporation.  Capital One Bank (USA), N.A. operates from an address of 1680 Capital One Drive, McLean, Virginia 22102 and is a creditor in the within-captioned bankruptcy case.

4. Defendant, Gurstel Law Firm, P.C., is a Minnesota professional corporation operating from an address of 6681 Country Club Drive, Golden Valley, MN 55427 and is the law firm that levied Debtor's bank funds on behalf of its client Defendant Capital One Bank (USA), N.A.

## III. JURISDICTION AND VENUE

5. This adversary proceeding is brought pursuant to 11 U.S.C. §§ 547, 550 and 522 of the Bankruptcy Code, Rules 7001(1) and 7003 of the Federal Rules of Bankruptcy Procedure.

6. This Court has jurisdiction under 28 U.S.C. § § 157 and 1334, Fed.R.Bankr.P. 5005 and Local Rule 1070-1.  This adversary proceeding is a core proceeding. The petition commencing this Chapter 7 was filed July 11, 2018.  The case is currently pending in this court.

## IV. FACTUAL ALLEGATIONS

7. On November 9, 2016, Defendant Capital One obtained a judgment against Debtor

2

in Anoka County District Court in case number 02-CV-16-4743.

8. On or about April 30, 2018, Defendant Capital One, through its attorneys at Defendant Gurstel, attempted to levy Debtor's Wells Fargo bank account. Debtor claimed an exemption to the garnishment under Minnesota law. A true and correct copy of Debtor's Wells Fargo Bank statements evidencing the funds levied from her checking and savings accounts on April 30, 2018 is attached as 'Exhibit A.'

9. On May 22, 2018, a judge of the Anoka County District Court issued an order denying Debtor's claimed exemption from the bank levy and ordering the release of Debtor's funds at Wells Fargo Bank in the amount of $1,644.22[1]. A true and correct copy of the Order dated May 22, 2018 is attached as 'Exhibit B.'

10. On her voluntary bankruptcy petition, filed on July 11 2018, Debtor listed on schedule A/B a right to recover the avoidable preference from Defendant and exempted the same from the bankruptcy estate.

11. On August 23, 2018, chapter 7 panel trustee Randall Seaver filed a Report of No Distribution with the court, verifying that Debtor exempted the right to recover the preference payment to Defendant.

12. On August 23, 2018, Debtor's undersigned attorney mailed a letter to Defendant Gurstel advising Defendant Gurstel and Defendant Capital One of Debtor's exempted right to recover the preference and demanding payment of the same to Debtor. A true and correct copy of the demand letter, dated August 23, 2018 is

---

1. After further review of Debtor's Wells Fargo bank statements, it appears the amount of $1,769.22 was levied from Debtor's bank accounts on April 30, 2018 when including the funds levied from her savings account.

attached as 'Exhibit C.'

13. In an email dated September 14, 2018, an lawyer and employee of Defendant Gurstel advised the undersigned attorney that Defendant Capital One handles preference demands directly, rather than through its attorney.

14. Defendant Capital One has denied that it received any preference payment despite Debtor's proof of the funds levied from Debtor's bank account.

## V. CAUSES OF ACTION

### COUNT 1 – AVOIDANCE OF PREFERENTIAL TRANSFERS

### 11 U.S.C. § 547

15. Debtor incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

16. On or within 90 days prior to the filing of the instant bankruptcy petition, the levy of Debtor's funds held at Wells Fargo Bank in the amount of $1,769.22 as referenced above constitutes a preference as that term is used in 11 U.S.C. § 547.

17. Defendant Capital One was a creditor of the Debtor at the time of the transfers within the meaning of 11 U.S.C. § 101(10)(A). At the time of the transfers, the Defendant Capital One had a right to payment on account of an obligation owed to the Defendant Capital One by the Debtor.

18. The transfers were to or for the benefit of the Defendants.

19. The transfers were made for or on account of antecedent debts owed by the Debtor to the Defendant Capital One before the transfers were made.

20. The Debtor was insolvent at all times during the 90 days during the petition date.

21. As a result of the transfers, the Defendants received more than they would have received if: the transfers had not been made and Defendants received payment of such antecedent debts under the provisions of the Bankruptcy Code.

22. The Debtor is entitled to avoid the transfers pursuant to 11 U.S.C. §§ 547(b) & 522(h).

**COUNT 2 – RECOVERY OF AVOIDED TRANSFERS**

**11 U.S.C. § 550**

23. The Debtor hereby incorporates all preceding paragraphs as if fully realleged herein.

24. The Debtor is entitled to avoid the transfers pursuant to 11 U.S.C. §§ 547(b) & 522(h).

25. The Defendants were the initial transferee of the transfers or the intermediate or mediate transferee of such initial transferee, or the entity for whose benefit the transfers were made.

26. Pursuant to 11 U.S.C. §§ 550(a) & 522(g), the Debtor is entitled to recover from the Defendants the transfers, plus interest thereon, to the date of payment and costs of this action.

**VI. PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendants:

(a)  Avoiding the transfers described above as preferences under 11 U.S.C. § 547(b) & 522(h);

(b) Granting judgment in favor of the Debtor and against Defendants in the

amount

of $1,769.22;

(c) Requiring the Defendants to immediately pay the sum of $1,769.22 pursuant to

§ 550(a) & 522(g) of the Bankruptcy Code;

(d) Awarding pre-judgment and post-judgment interest at the maximum legal rate

running through the date of judgment herein until the date the judgment is paid in

full, plus costs, and granting the Debtor such other and further relief as the court

deems just and proper.


Dated: October 15, 2018                Respectfully submitted,

                                       ATLAS LAW FIRM, LLC

                                       By: /e/ Michael J. Sheridan
                                       Michael J. Sheridan (#0388936)
                                       Attorney for Debtor
                                       2006 First Ave. N., Suite 206
                                       Anoka, MN 55303
                                       (763) 229-7538



## VERIFICATION

    Sheri Kohlrusch, the Debtor named in the motion, declare under penalty of
perjury that the foregoing is true and correct according to the best of my knowledge,
information and belief.


Dated: Oct. 15, 2018                /s/ Sheri Kohlrusch _____
                                       Sheri Kohlrusch

REVISED 12/15

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:   Sheri Kohlrusch,

Case No.  18-42245 MER

Debtor(s).

### SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES & STATEMENTS
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☑ OTHER: PLEASE DESCRIBE:  ADVERSARY PROCEEDING

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1.      The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2      The  Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3.      [individual debtors only] If no Social Security Number  was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4      I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5.      My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6.      [corporate and partnership debtors only] I have been authorized to file this petition on behalf of the debtor.

Date:   10/11/18

x_____
Signature of Debtor 1 or Authorized
Representative

Sheri Kohlrusch
_____
Printed name of Debtor 1 or Authorized
Representative

x_____
Signature of Debtor 2

_____
Printed Name of Debtor 2

# Wells Fargo Combined Statement of Accounts



Primary account number: ███4082 ■ April 10, 2018 - May 8, 2018 ■ Page 1 of 8



SHERI A KOHLRUSCH
11167 5TH ST NE
BLAINE MN 55434-1733

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (300)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☑ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Premium Membership® Checking | 2 | ████4082 | 4,587.01 | 3,302.48 |
| Wells Fargo Money Market Savings℠ | 6 | ████5037 | 100.37 | 20.00 |
| **Total deposit accounts** | | | **$4,687.38** | **$3,322.48** |

Primary account number: ███ 4082  ■  April 10, 2018 - May 8, 2018  ■  Page 4 of 8



**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|-----------|---------------------------|----------------------|
| 4/23 | | | | 95.19 | |
| 4/23 | | | | 4.27 | 5,659.20 |
| 4/24 | | | | 45.58 | |
| 4/24 | | | | 214.24 | |
| 4/24 | | | | 14.49 | |
| 4/24 | | | | 24.53 | |
| 4/25 | | | | 75.22 | 5,285.14 |
| 4/25 | | | | 4.24 | |
| 4/25 | | | | 12.52 | |
| 4/25 | | | | 20.56 | |
| 4/25 | | | | 101.32 | |
| 4/26 | | | | 7.49 | 5,139.01 |
| 4/26 | | | | 146.96 | |
| 4/27 | | | | 21.00 | 4,971.05 |
| 4/27 | | | | 17.40 | |
| 4/27 | | | | 30.90 | |
| 4/27 | | | | 70.00 | |
| 4/30 | | | | 10.47 | 4,842.28 |
| 4/30 | | | | | |
| 4/30 | | | | | |
| 4/30 | | | | | |
| 4/30 | | Legal Order Debit - Contact Gurstel Law Firm PC (877) 344-4002 - Case# 42124718 | | 0.45 | |
| 4/30 | | Legal Order Fee Debit Case# 42124718 | | 1,523.85 | |
| 4/30 | | Purchase authorized on 04/28 Levelup*Dunnbrothe | | 125.00 | |
| 4/30 | | | | | |
| 5/1 | | | | | 4,892.84 |
| 5/1 | | | | | |
| 5/1 | | | | | |
| 5/1 | | | | | |
| 5/1 | | | | | |
| 5/1 | | | | | |
| 5/1 | | | | | |
| 5/1 | | | | | |
| 5/1 | | | | | |
| 5/1 | 6505 | | | | |
| 5/2 | | | | | 4,111.60 |

Primary account number: ███4082 ■ April 10, 2018 - May 8, 2018 ■ Page 6 of 8 

**WELLS FARGO**

---

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/10/2018 - 05/08/2018 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · A qualifying direct deposit | $750.00 | $1,606.82 ☑ |
| · A monthly automatic payment of Wells Fargo home equity/personal loan or personal line of credit | 1 | 0 ☐ |
| · A monthly automatic payment to a Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $5,000.00 | $7,563.50 ☑ |
| - Deposit accounts or qualifying credit accounts, including a credit card | | |

MP/MP

---

 IMPORTANT ACCOUNT INFORMATION

---

**Important information about legal process fees.**

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. The Bank will assess no more than a total of $250 in legal process fees per account, per calendar month. Please note that the calendar month may not coincide with your statement cycle.

---

# Wells Fargo Money Market Savings℠

## Activity summary

| | |
|---|---|
| Beginning balance on 4/10 | $100.37 |
| Deposits/Additions | 40.00 |
| Withdrawals/Subtractions | - 120.37 |
| **Ending balance on 5/8** | **$20.00** |

Account number: ███5037

SHERI A KOHLRUSCH

*Minnesota account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 091000019

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $79.56 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |

Primary account number: ████ 4082 ■ April 10, 2018 - May 8, 2018 ■ Page 7 of 8



## My Savings Plan℠

| | | |
|---|---|---|
| Goal | Other | |
| Target amount | $5,000.00 | |
| Current balance | $20.00 | |
| Target date | 11/11/2008 | |
| Progress | [          ] | 0% |

*Reach your savings goals faster with automatic transfers from your other Wells Fargo accounts into your savings accounts and watch your savings grow.*

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 4/20 | ██████████████████████ | | | 120.37 |
| 4/30 | Legal Order Debit - Contact Gurstel Law Firm PC (877) 344-4002 - Case# 42124718 | | 120.37 | 0.00 |
| 5/4 | ████████████████████ | | | 20.00 |
| **Ending balance on 5/8** | | | | 20.00 |
| **Totals** | | **$40.00** | **$120.37** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/10/2018 - 05/08/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

The bank has waived the fee for this fee period.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $2,500.00 | $0.00 ☐ |
| · A monthly automatic transfer from a Wells Fargo checking account | $75.00 | $20.00 ☐ |

ES/ES

02-CV-16-4743

**EXHIBIT**

**B**

STATE OF MINNESOTA

COUNTY OF ANOKA

**FILED**
Court Administrator

**MAY 2 2 2018**

Anoka County, MN

Deputy

DISTRICT COURT

TENTH JUDICIAL DISTRICT

Capital One Bank (USA), N.A.,

Judgment Creditor,

Sheri Kohlrusch,

Judgment Debtor(s),

Wells Fargo Bank N.A.,

Garnishee/Third Party.

Court File No. 02-CV-16-4743

ORDER

The above entitled matter came on for an Exemption Hearing on the _22nd_ day of

_____May_____, 2018 before the undersigned, one of the Judges of the above named Court.

_MR Schaal_ appeared on behalf of the Plaintiff. Defendant did not appear. Based upon

the all the files, records and pleadings herein and the Court being duly advised in the premises.

**IT IS HEREBY ORDERED:**

1. Plaintiff's Objection is SUSTAINED/DENIED;

2. Defendants Exemption claim is SUSTAINED/DENIED;

3. Garnishee, Wells Fargo Bank N.A., shall release $ _1644.22_ to Plaintiff.

4. Garnishee, Wells Fargo Bank N.A., shall release back $_____ to the Defendant.

BY THE COURT:

_5/22/18_
Date

Judge of District Court

# ATLAS LAW FIRM

### A PROFESSIONAL LIMITED LIABILITY COMPANY

| | | |
|---|---|---|
| 300 INTERNATIONAL PLAZA | BRANCH OFFICES IN MINNEAPOLIS, | 952-373-5455 - OFFICE |
| 7900  INTERNATIONAL DRIVE | ST. LOUIS PARK AND ANOKA | 763-229-7538 - DIRECT |
| BLOOMINGTON, MN 55425 | WWW.ATLASFIRM.COM | 763-400-4530 - FACSIMILE |

August 23, 2018



***Via facsimile at 1.877.750.6335 and U.S. mail***

Jacqueline M. Filipski

Gurstel Law Firm

6681 Country Club Drive

Minneapolis, MN 55427

**RE:    Preference demand pursuant to 11 U.S.C. §§ 547 & 522**
**Sheri Kohlrusch**
**BKY Case No.: 18-42245**

Dear Ms. Filipski,

Please be advised this law firm represents Ms. Kohlrusch in her Chapter 7 Bankruptcy.  Ms. Kohlrusch filed a Chapter 7 Bankruptcy on July 11, 2018.  Within 90 days prior to the date of filing, your office had caused to be garnished from Ms. Kohlrusch's wages the amount of $1,644.22, pursuant to a judgment in Case No. 02-CV-16-4743: Capital One Bank (USA), N.A.  v. Sheri Kohlrusch.  The party holding these garnished funds must remit them to the undersigned.

Section 547 of the Bankruptcy Code allows a trustee to avoid a prepetition transfer of an interest of a debtor in property if the transfer is made 1) to or for the benefit of a creditor; 2) for or on account of antecedent debt; 3) while the debtor was insolvent; 4) to a noninsider on or within ninety days of the filing of the bankruptcy case; and, if such transfer 5) results in the creditor receiving more than the creditor would have received in hypothetical liquidation in a Chapter 7 case.  *In re Alexander*, 219 B.R. 255, 258 (Bankr.Minn., 1998).  The $1,644.22 that Gurstel Law Firm obtained by garnishment was a preference as it was a transfer of an interest in property of the debtor to a creditor made while the debtor was insolvent on or within 90 days before the date of filing which enabled the creditor to receive more than it would have received but for the transfer.

The Bankruptcy Code allows a debtor to exempt the right to recover an avoidable preference from the bankruptcy estate.  See 11 U.S.C. § 522(g).  Ms. Kohlrusch has claimed this recoverable preference as exempt.  Please find Ms. Kohlrusch's schedules A/B and C enclosed.  Trustee Randall Seaver filed a Report of No Distribution with the court on Aug. 23, 2018 verifying that Ms. Kohlrusch has exempted the right to recover the avoidable preference.  Therefore, the Bankruptcy Code allows Ms. Kohlrusch to recover this preferential transfer.

Page 2 of 2
August 23, 2018

If Gurstel Law Firm and/or Capital One Bank (USA) wish to avoid the additional expense of an adversary proceeding for a turnover of the preference payment, please immediately send a check in the amount of $1,644.22, payable to Sheri Kohlrusch, to Atlas Law Firm, LLC, 7900 International Dr., Ste 300, Bloomington, MN 55425, within seven (7) days from the date of this letter.  If we do not hear from you, we will commence an adversary proceeding.

If you have any questions or wish to discuss this matter, feel free to call me at (763) 229-7538.

Sincerely,

Michael J. Sheridan
ATLAS LAW FIRM, LLC

enclosure
cc: client

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Sheri A. Kohlrusch** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA, MINNEAPOLIS DIVISION |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes.  Where is the property?

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

| 3.1 | Make: | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| | Model: | ■ Debtor 1 only | | |
| | Year: | ☐ Debtor 2 only | | |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | | |
| | **2007 Dodge Grand Caravan 200,000 miles Value per edmunds** | ☐ Check if this is community property (see instructions) | $1,650.00 | $1,650.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ■ Yes

| 4.1 | Make: | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| | Model: | ■ Debtor 1 only | | |
| | Year: | ☐ Debtor 2 only | | |
| | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | | |
| | **1978 Regal mobile home Value per debtor's opinion** | ☐ Check if this is community property (see instructions) | $5,000.00 | $5,000.00 |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| Debtor 1 | **Kohlrusch, Sheri A.** | | Case number *(if known)* | |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>

**$6,650.00**

---

**Part 3:** Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Furniture | $350.00 |
| Appliances | $700.00 |
| Lawnmower | $100.00 |
| Tools | $50.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| Televisions x 3 | $700.00 |
| DVD players x 2 | $50.00 |
| Video game consoles x 2 & games | $400.00 |
| Camera | $25.00 |
| Tablet compter | $100.00 |
| Smartphone | $200.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| Clothing | $1,500.00 |

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1    **Kohlrusch, Sheri A.**                                             Case number *(if known)* _____

---

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☐ Yes. Describe.....

| Costume jewelry | $60.00 |
|---|---|

---

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| $4,235.00 |
|---|

---

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.................................................................................................

|  | **Cash on hand** | $100.00 |
|---|---|---|

---

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................                    Institution name:

| 17.1. | **Checking Account** | Wells Fargo bank account | $389.00 |
|---|---|---|---|
| 17.2. | **Savings Account** | Wells Fargo bank account | $20.00 |
| 17.3. | **Checking Account** | TCF bank account | $118.00 |
| 17.4. | **Savings Account** | TCF bank account | $40.00 |

---

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................                    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
                        Name of entity:                        % of ownership:

---

Official Form 106A/B                              Schedule A/B: Property                                     page 3

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1    **Kohlrusch, Sheri A.**                                    Case number *(if known)* _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them.
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **Northwestern Mutual Retirement** | **$1,134.00** |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ No
■ Yes. ....................

| | Institution name or individual: | |
|---|---|---|
| **Security Deposit on Rental Unit** | **Security deposit** | **$332.00** |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | |
|---|---|
| **52% of estimated 2018 tax refunds** | **$2,000.00** |

| | |
|---|---|
| **Estimated 2017 property tax refund** | **$800.00** |

Debtor 1   **Kohlrusch, Sheri A.**           Case number *(if known)* _____

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ☐ No
   ■ Yes. Give specific information..

| | |
|---|---|
| **Funds levied within the 90 days prior to filing** | $1,644.22 |

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.

            Company name:          Beneficiary:          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☐ No
   ■ Yes. Describe each claim.........

| | |
|---|---|
| **AFLAC disability insurance claim** | $1,800.00 |
| **Back child support** | $11,000.00 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**....................................................................................

| |
|---|
| $19,377.22 |

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes. Go to line 38.

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes. Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1    **Kohlrusch, Sheri A.**                                                    Case number *(if known)*

---

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$0.00** |

---

| **Part 8:** | **List the Totals of Each Part of this Form** |

55. **Part 1: Total real estate, line 2** ....................................................................................................... | **$0.00** |

56. **Part 2: Total vehicles, line 5** | **$6,650.00** |

57. **Part 3: Total personal and household items, line 15** | **$4,235.00** |

58. **Part 4: Total financial assets, line 36** | **$19,377.22** |

59. **Part 5: Total business-related property, line 45** | **$0.00** |

60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |

61. **Part 7: Total other property not listed, line 54** | + | **$0.00** |

62. **Total personal property.** Add lines 56 through 61... | **$30,262.22** | Copy personal property total | **$30,262.22** |

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | **$30,262.22** |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Sheri A. Kohlrusch** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA, MINNEAPOLIS DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2007 Dodge Grand Caravan**<br>**200,000 miles**<br>**Value per edmunds**<br>Line from *Schedule A/B* **3.1** | $1,650.00 | ☑ $1,650.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| **1978 Regal mobile home**<br>**Value per debtor's opinion**<br>Line from *Schedule A/B* **4.1** | $5,000.00 | ☑ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(1) |
| **Furniture**<br>Line from *Schedule A/B* **6.1** | $350.00 | ☑ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Appliances**<br>Line from *Schedule A/B* **6.2** | $700.00 | ☑ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Lawnmower**<br>Line from *Schedule A/B* **6.3** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Tools**<br>Line from *Schedule A/B*: **6.4** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |
| **Televisions x 3**<br>Line from *Schedule A/B*: **7.1** | $700.00 | ■ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |
| **DVD players x 2**<br>Line from *Schedule A/B*: **7.2** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |
| **Video game consoles x 2 & games**<br>Line from *Schedule A/B*: **7.3** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |
| **Camera**<br>Line from *Schedule A/B*: **7.4** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |
| **Tablet compter**<br>Line from *Schedule A/B*: **7.5** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |
| **Smartphone**<br>Line from *Schedule A/B*: **7.6** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |
| **Costume jewelry**<br>Line from *Schedule A/B*: **12.1** | $60.00 | ■ $60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(4)** |
| **Cash on hand**<br>Line from *Schedule A/B*: **16.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Wells Fargo bank account**<br>Line from *Schedule A/B*: **17.1** | $389.00 | ■ $389.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Wells Fargo bank account**<br>Line from *Schedule A/B*: **17.2** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **TCF bank account**  Line from *Schedule A/B*: **17.3** | $118.00 | ■ $118.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **TCF bank account**  Line from *Schedule A/B*: **17.4** | $40.00 | ■ $40.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Northwestern Mutual Retirement**  Line from *Schedule A/B*: **21.1** | $1,134.00 | ■ $1,134.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(12) |
| **Security deposit**  Line from *Schedule A/B*: **22.1** | $332.00 | ■ $332.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **52% of estimated 2018 tax refunds**  Line from *Schedule A/B*: **28.1** | $2,000.00 | ■ $2,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Estimated 2017 property tax refund**  Line from *Schedule A/B*: **28.2** | $800.00 | ■ $800.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Funds levied within the 90 days prior to filing**  Line from *Schedule A/B*: **30.1** | $1,644.22 | ■ $1,644.22  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **AFLAC disability insurance claim**  Line from *Schedule A/B*: **33.1** | $1,800.00 | ■ $1,800.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(10)(C) |
| **Back child support**  Line from *Schedule A/B*: **33.2** | $11,000.00 | ■ $11,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(10)(D) |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**District of Minnesota (Minneapolis)**
**Bankruptcy Petition #: 18-42245**

|  |  |
|---|---|
| *Assigned to:* Judge Michael E Ridgway | *Date filed:* 07/11/2018 |
| Chapter 7 | *341 meeting:* 08/13/2018 |
| Voluntary | *Deadline for objecting to discharge:* 10/12/2018 |
| No asset | *Deadline for financial mgmt. course:* 10/12/2018 |

**Debtor 1**
**Sheri A. Kohlrusch**                                                          represented by **Michael J. Sheridan**
11167 5th St NE                                                                  Atlas Law Firm, LLC
Blaine, MN 55434-1733                                                            7900 International Drive
ANOKA-MN                                                                         Suite 300
SSN / ITIN: xxx-xx-4315                                                          Bloomington, MN 55425
                                                                                 763-229-7538
                                                                                 Fax : 763-400-4530
                                                                                 Email: msheridan@atlasfirm.com

**Trustee**
**Randall L. Seaver**
12400 Portland Avenue South
Suite 132
Burnsville, MN 55337
952-890-0888

**U.S. Trustee**
**US Trustee**
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415
612-334-1350

| Filing Date | # | Docket Text |
|---|---|---|
| 07/11/2018 | 1<br>(61 pgs) | Chapter 7 Voluntary petition, schedules and statements. Fee Amount $ 335.00 (Sheridan, Michael) (Entered: 07/11/2018) |
| 07/11/2018 | 2<br>(1 pg) | Certificate of credit counseling. (Sheridan, Michael) (Entered: 07/11/2018) |
| 07/11/2018 | 3<br>(1 pg) | Signature declaration (re: 1 Voluntary petition). (Sheridan, Michael) (Entered: 07/11/2018) |
| 07/11/2018 | 4<br>(5 pgs) | Notice of responsibilities of chapter 7 debtors and their attorneys filed by and Michael J. Sheridan. (Sheridan, Michael) (Entered: 07/11/2018) |
| 07/11/2018 | 5<br>(5 pgs) | Debtor's income records filed by. (Sheridan, Michael) (Entered: 07/11/2018) |
| 07/11/2018 |  | Receipt of Chapter 7 Voluntary Petition - case upload(18-42245) [caseupld,1027u] ( 335.00) Filing Fee. Receipt number 10723543. Fee amount 335.00. (U.S. Treasury) (Entered: 07/11/2018) |
| 07/11/2018 |  | List of Creditors load 29 creditors added (ADIclerk) (Entered: 07/11/2018) |
| 07/12/2018 | 6<br>(2 pgs) | Meeting of Creditors. Trustee Randall L. Seaver assigned to the case. 341(a) meeting to be held on 8/13/2018 at 01:00 PM at Mtg Minneapolis, US Courthouse, 300 S 4th St, Rm 1017 (10th Floor). Certificate of completion of financial management course due 10/12/2018. Last day to object to discharge is 10/12/2018. Last day to challenge dischargeability of some debts: 10/12/2018. (Grace MNBM) (Entered: 07/12/2018) |
| 07/14/2018 | 7<br>(4 pgs) | BNC Certificate of mailing - Meeting of creditors. Notice Date 07/14/2018. (Admin.) (Entered: 07/14/2018) |

| 08/06/2018 | 8<br>(1 pg) | Certificate of completion of financial management course filed by Sheri A. Kohlrusch (Debtor 1). (McDonough, BE Adviser LLC) (Entered: 08/06/2018) |
|---|---|---|
| 08/23/2018 | | Chapter 7 Trustee's Report of No Distribution: I, Randall L. Seaver, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 0.00, Assets Exempt: $ 30262.22, Claims Scheduled: $ 139690.46, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $139690.46. (Seaver, Randall) (Entered: 08/23/2018) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/23/2018 12:19:22 | | |
| **PACER Login:** | msheridan:3582483:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 18-42245 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |